# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

FREDDIE WILSON,

    Petitioner,

v.                                         CASE NO. 4:19cv177-RH-HTC

KIMBERLY K. SPENCE,

    Respondent.

_____/

## ORDER DENYING § 2241 PETITION AS MOOT

This petition for a writ of habeas corpus under 28 U.S.C. § 2241 is before the court on the magistrate judge's report and recommendation, ECF No. 11. No objections have been filed. As the report and recommendation correctly concludes, the petition is moot. This order adopts the report and recommendation's discussion of mootness as the court's opinion.

IT IS ORDERED:

The report and recommendation is accepted. The clerk must enter judgment stating, "The petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied as moot." The clerk must close the file.

SO ORDERED on October 21, 2019.

                                              s/Robert L. Hinkle
                                              United States District Judge